**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TOM HUSSEY PHOTOGRAPHY LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 3:23-cv-2150-K |
| | § | |
| MYLIO, LLC, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT MYLIO, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 17 U.S.C. § 107, Defendant Mylio, LLC ("Mylio") hereby moves to dismiss the Original Complaint for Copyright Infringement (ECF No. 1) filed by Tom Hussey Photography LLC ("Plaintiff"). The Original Complaint states one claim for copyright infringement alleging infringement of nine registered copyrighted works.

Plaintiff fails to state a claim for copyright infringement because the allegedly infringing act is not infringement, but rather a fair use under Section 107 of the Copyright Act. A fair use of a copyrighted work does not constitute copyright infringement. The act of infringement identified on the face of the complaint is criticism and comment, which are specifically enumerated fair uses under the Copyright Act. Dismissal is appropriate under Fifth Circuit precedent. *See Bell v. Eagle Mountain Saginaw Independent School District*, 27 F.4th 313 (5th Cir. 2022).

This Motion is based on this Notice of Motion, the accompanying Brief, the exhibit attached to the Brief, the complete pleadings and records on file in this matter, any matters of which the Court may or must take judicial notice, including those contained in the accompanying Request for Judicial Notice, the accompanying Appendix, and such other evidence and arguments as may be presented at any hearing on this Motion.

Dated: November 28, 2023

Respectfully submitted,

By: */s/ Paul Stancil*

Paul Stancil
Texas State Bar No. 00797488
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
14106 Rocksprings Court
Dallas, Texas 75254
T: 713-658-6446
E: pstancil@orrick.com

Nathan Shaffer (admitted *pro hac vice*)
California State Registration No. 282015
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
T: 415-773-5440
E: nshaffer@orrick.com

Geoffrey Moss (*pro hac vice* pending)
California State Registration No. 258827
**ORRICK HERRINGTON & SUTCLIFFE LLP**
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071
T: 213-629-2020
E: gmoss@orrick.com

ATTORNEYS FOR DEFENDANT MYLIO, LLC

## CERTIFICATE OF SERVICE

On November 28, 2023, I filed Defendant Mylio, LLC's Notice of Motion and Motion to Dismiss Plaintiff's Original Complaint for Copyright Infringement with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Paul Stancil*
Paul Stancil